Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| DISTRICT OF *MARYLAND* | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>***Economic Development & Training Institut,*** <br> ***a   Corporation*** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>***NONE*** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **52-224-2993** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>***5625 Allentown Road***<br>***Suite 107***<br>***Suitland MD*** | ZIPCODE<br>**20746** | Street Address of Joint Debtor (No. & Street, City, and State): | ZIPCODE |
|---|---|---|---|
| County of Residence or of the<br>Principal Place of Business: ***Prince George's*** | | County of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address):<br>***SAME*** | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): ***SAME*** | | | ZIPCODE |

| Type of Debtor (Form of organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above<br>entities, check this box and state type of<br>entity below | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other ***Economic Development and Train*** | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☒ Chapter 11 ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12    of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"    ☒ Debts are primarily business debts.

**Tax-Exempt Entity**
(Check box, if applicable.)

☒ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**

☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).

☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

**Check all applicable boxes:**

☐ A plan is being filed with this petition

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

---

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (04/10)                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | ***Economic Development & Training Institut,*** |
| | ***a Corporation*** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) |
|---|---|

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| ***NONE*** | | |
| Location Where Filed: | Case Number: | Date Filed: |
| | | |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) |
|---|---|

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| ***NONE*** | | |
| District: | Relationship: | Judge: |
| | | |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☒ Exhibit A is attached and made a part of this petition | **X** _____ ***3/2/2011*** |
| |     Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐   Yes, and exhibit C is attached and made a part of this petition. |
| ☒   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐   Exhibit D completed and signed by the debtor is attached and made part of this petition. |
| If this is a joint petition: |
| ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ |
| (Name of landlord that obtained judgment) |
| _____ |
| (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (04/10)                                            **FORM B1, Page 3**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>*Economic Development & Training Institut, a Corporation* |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed name of Foreign Representative)<br><br>_____<br>(Date) |
| **Signature of Attorney***<br><br>**X** */s/ Charles E. Walton*<br>Signature of Attorney for Debtor(s)<br><br>*Charles E. Walton 17474*<br>Printed Name of Attorney for Debtor(s)<br><br>*Law Office Of Charles E. Walton*<br>Firm Name<br><br>*10905 Fort Washington Road*<br>Address<br><br>*Suite 201*<br><br>*Fort Washington MD 20744*<br><br>*301-292-8357*<br>Telephone Number<br><br>*3/2/2011*<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** */s/ Joseph Gaskins*<br>Signature of Authorized Individual<br><br>*Joseph Gaskins*<br>Printed Name of Authorized Individual<br><br>*President*<br>Title of Authorized Individual<br><br>*3/2/2011*<br>Date | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

In re *Economic Development & Training Institut,*
   *a  Corporation*

Case No.
Chapter  *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

   a. Total assets     $    *1,298,072.07*
   b. Total debts (including debts listed in 2.c., below)    $    *1,242,019.07*

   c. Debt securities held by more than 500 holders.

   | Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
   |---|---|---|---|
   | | | $ | |
   | | | $ | |
   | | | $ | |
   | | | $ | |
   | | | $ | |

   d. Number of shares of preferred stock     *NONE*     *NONE*
   e. Number of shares of common stock     *NONE*     *NONE*

   Comments, if any:
   *NONE*

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:
   *NONE*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## Greenbelt DIVISION

In re *Economic Development & Training Institut*  
   *a  Corporation*

Case No.

Chapter *11*

_____ ,  
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Internal Revenue Service*<br>*PO Box 105703*<br>*Atlanta GA  30348-5703* | Phone:<br>*Internal Revenue Service*<br>*PO Box 105703*<br>*Atlanta GA  30348-5703* | | | *$ 120,000.00* |
| 2<br>*Princeton Executive Square/*<br>*877 Old Baltimore-Annapolis Bl*<br>*Suite 101*<br>*Severna Park MD  21146* | Phone:<br>*Princeton Executive Square/*<br>*877 Old Baltimore-Annapolis Bl*<br>*Suite 101*<br>*Severna Park MD  21146* | *Judgment Lien* | *\*Value:*<br>*Net Unsecured:*<br>*\*Prior Liens Exist* | *$ 84,816.36*<br>*$ 1,241,992.07*<br>*$ 0.00* |
| 3<br>*Severn Savings Bank, FSB*<br>*P.O. Box 6679*<br>*P.O. Box 6679*<br>*Annapolis MD  21401* | Phone:<br>*Severn Savings Bank, FSB*<br>*P.O. Box 6679*<br>*P.O. Box 6679*<br>*Annapolis MD  21401* | | *Value:*<br>*Net Unsecured:* | *$ 51,522.00*<br>*$ 80,900.00*<br>*$ 0.00* |
| 4<br>*Severn Savings Bank, FSB*<br>*P.O. Box 6679*<br>*P.O. Box 6679*<br>*Annapolis MD  21401* | Phone:<br>*Severn Savings Bank, FSB*<br>*P.O. Box 6679*<br>*P.O. Box 6679*<br>*Annapolis MD  21401* | | *Value:*<br>*Net Unsecured:* | *$ 282,000.00*<br>*$ 282,000.00*<br>*$ 0.00* |
| 5<br>*Severn Savings Bank, FSB*<br>*P.O. Box 6679*<br>*P.O. Box 6679*<br>*Annapolis MD  21401* | Phone:<br>*Severn Savings Bank, FSB*<br>*P.O. Box 6679*<br>*P.O. Box 6679*<br>*Annapolis MD  21401* | | *Value:*<br>*Net Unsecured:* | *$ 81,305.00*<br>*$ 81,305.00*<br>*$ 0.00* |

_____ ,
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Severn Savings Bank, FSB<br>P.O. Box 6679<br>P.O. Box 6679<br>Annapolis MD  21401 | Phone:<br>Severn Savings Bank, FSB<br>P.O. Box 6679<br>P.O. Box 6679<br>Annapolis MD  21401 | | Value:<br>Net Unsecured: | $ 49,405.00<br>$ 140,000.00<br>$ 0.00 |
| 7<br>Severn Savings Bank, FSB<br>P.O. Box 6679<br>P.O. Box 6679<br>Annapolis MD  21401 | Phone:<br>Severn Savings Bank, FSB<br>P.O. Box 6679<br>P.O. Box 6679<br>Annapolis MD  21401 | | Value:<br>Net Unsecured: | $ 397,066.00<br>$ 481,882.36<br>$ 0.00 |
| 8<br>Severn Savings Bank, FSB<br>P.O. Box 6679<br>Annapolis MD  21401 | Phone:<br>Severn Savings Bank, FSB<br>P.O. Box 6679<br>Annapolis MD  21401 | | Value:<br>Net Unsecured: | $ 175,904.71<br>$ 175,904.71<br>$ 0.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Joseph Gaskins_____, _President_____ of the _Corporation_____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: _3/2/2011___        Signature _/s/ Joseph Gaskins_____
                              Name: _Joseph Gaskins_
                              Title: _President_

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

In re *Economic Development & Training Institut,*
*a Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *Charles E. Walton*

# LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| | *Debtor has no Equity Security Holders* | | |
| | | | |
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Joseph Gaskins*            , *President*           of the *corporation*           named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the
best of my knowledge, information and belief.

Date: *3/2/2011*                    Signature: */s/ Joseph Gaskins*                    

Name: *Joseph Gaskins*

Title: *President*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

In re *Economic Development & Training Institut,*
    *a  Corporation*

Case No.
Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *2* | $      *1,241,992.07* | | |
| B-Personal Property | *Yes* | *3* | $         *55,580.00* | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      *1,122,019.07* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $        *120,000.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *1* | | $              *0.00* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *4* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $              *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $              *0.00* |
| TOTAL | | *17* | $      *1,297,572.07* | $      *1,242,019.07* | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

In re *Economic Development & Training Institut,*
*a  Corporation*

Case No.

Chapter  *11*

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re *Economic Development & Training Institut,*
  *a   Corporation*                                          Case No. _____
                        Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Joseph Gaskins* _____, *President* _____ of the *Corporation* _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___18___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date:  *3/2/2011* _____          Signature  */s/ Joseph Gaskins* _____
                                                   Name: *Joseph Gaskins*
                                                   Title:  *President*


              [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re *Economic Development & Training Institut* _____ ,        Case No. _____
                        Debtor(s)                                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 5625 Allentown Road, Units 103,200,201 and 207 Camp Springs, MD 20746 5627 Allentown Road, Units 203,204 and 205 Camp Springs, MD 20746 | Fee Simple | | $ 481,882.36 | $ 481,882.36 |
| 5625 Allentown Road, Unit 105 Camp Springs, MD 20746 | Fee Simple | | $ 140,000.00 | $ 49,405.00 |
| 5623 Allentown Road, Unit 201 Camp Springs. MD 20746 | Fee Simple | | $ 80,900.00 | $ 51,522.00 |
| 5625 Allentown Road, Unit 107 Camp Springs, MD 20746 | Fee Simple | | $ 81,305.00 | $ 81,305.00 |
| 5625 Allentown Road, Land Camp Springs, MD 20746 | Fee Simple | | $ 175,904.71 | $ 175,904.71 |
| 5625 Allentown Road, Units 104, 106,204,205 and 206 Camp Springs, MD 20746 5627 Allentown Road Unit 107 Camp Springs, MD 20746 | Fee Simple | | $ 282,000.00 | $ 282,000.00 |

___1___ continuation sheets attached

In re *Economic Development & Training Institut* _____ ,        Case No._____
                        Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *5627 Allentown Rd Unit 107* | | | | |

Sheet No. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Real Property

**TOTAL $**    *1,241,992.07*

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re *Economic Development & Training Institut*                    ,      Case No. _____
                    Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | | $ 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Deposits M & T* <br> *Location: In debtor's possession* | | $ 26,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Utility Deposits* <br> *Location: In debtor's possession* | | $ 3,600.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *16 Pictures, 20 Books* <br> *Location: In debtor's possession* | | $ 1,200.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |

Page   1   of   3

In re **Economic Development & Training Institut** ,    Case No. _____
                                                                    (if known)
    Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | Accounts Receives Rentals Location: In debtor's possession | | $ 19,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | Car 2000 Jaguar Location: In debtor's possession | | $ 2,500.00 |
| | | 2001 Chevy Malibu Location: In debtor's possession | | $ 1,500.00 |

Page 2 of 3

B6B (Official Form 6B) (12/07)

In re _Economic Development & Training Institut_ _____,    Case No. _____

  Debtor(s)                                                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Equipment, Furnishing and Supplies - 1 copier, 2 faxes, 8 phones, 5 computers, 5 desks, 5 chairs, 15 file cabinets, general office supples_ _Location: In debtor's possession_ | | $ 1,280.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 55,580.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re _Economic Development & Training Institut_____,     Case No. _____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No: <br> *Creditor # : 1* <br> *Princeton Executive Square/* <br> *877 Old Baltimore-Annapolis Bl* <br> *Suite 101* <br> *Severna Park MD 21146* | | *July 31, 2008* <br> *Judgment Lien* <br> *5623 Allentown Road, Unit 201,* <br> *5625 Allentown Road, Land,* <br> *5625 Allentown Road, Unit 107,* <br><br> Value: *$ 1,241,992.07* | | | | $ 84,816.36 | $ 0.00 |
| Account No: *1130* <br> *Creditor # : 2* <br> *Severn Savings Bank, FSB* <br> *P.O. Box 6679* <br> *P.O. Box 6679* <br> *Annapolis MD 21401* | X | *JANUARY 2010* <br><br> *5623 Allentown Road, Unit 201* <br> *Camp Springs. MD 20746* <br><br> Value: *$ 80,900.00* | | | | $ 51,522.00 | $ 0.00 |
| Account No: *0003* <br> *Creditor # : 3* <br> *Severn Savings Bank, FSB* <br> *P.O. Box 6679* <br> *P.O. Box 6679* <br> *Annapolis MD 21401* | X | *March 2011* <br><br> *5625 Allentown Road, Units* <br> *104, 106,204,205 and 206* <br> *Camp Springs, MD 20746* <br><br> Value: *$ 282,000.00* | | | | $ 282,000.00 | $ 0.00 |

___1___ continuation sheets attached

Subtotal $ (Total of this page)     $ 418,338.36     $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re *Economic Development & Training Institut*                    ,        Case No._____
                                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *0232* <br> *Creditor # : 4* <br> *Severn Savings Bank, FSB* <br> *P.O. Box 6679* <br> *P.O. Box 6679* <br> *Annapolis MD 21401* | X | *August 2008* <br><br> *5625 Allentown Road, Unit 107* <br> *Camp Springs, MD 20746* <br><br> Value: *$ 81,305.00* | | | | *$ 81,305.00* | *$ 0.00* |
| Account No: *1126* <br> *Creditor # : 5* <br> *Severn Savings Bank, FSB* <br> *P.O. Box 6679* <br> *P.O. Box 6679* <br> *Annapolis MD 21401* | X | *August 2008* <br><br> *5625 Allentown Road, Unit 105* <br> *Camp Springs, MD 20746* <br><br> Value: *$ 140,000.00* | | | | *$ 49,405.00* | *$ 0.00* |
| Account No: *0228* <br> *Creditor # : 6* <br> *Severn Savings Bank, FSB* <br> *P.O. Box 6679* <br> *P.O. Box 6679* <br> *Annapolis MD 21401* | X | *August 8 2008* <br><br> *5625 Allentown Road, Units 103,200,201 and 207* <br> *Camp Springs, MD 20746* <br><br> Value: *$ 481,882.36* | | | | *$ 397,066.00* | *$ 0.00* |
| Account No: *1138* <br> *Creditor # : 7* <br> *Severn Savings Bank, FSB* <br> *P.O. Box 6679* <br> *Annapolis MD 21401* | X | *August 2008* <br><br><br> Value: *$ 175,904.71* | | | | *$ 175,904.71* | *$ 0.00* |
| Account No: | | <br><br> Value: | | | | | |
| Account No: | | <br><br> Value: | | | | | |

Sheet no. 1 of 1  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $** <br> (Total of this page) | *$ 703,680.71* | *$ 0.00* |
| **Total $** <br> (Use only on last page) | *$ 1,122,019.07* | *$ 0.00* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Economic Development & Training Institut_____,    Case No._____
            **Debtor(s)**                                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re _Economic Development & Training Institut_____ ,   Case No._____
         **Debtor(s)**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Domestic Support Obligations_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim / H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Internal Revenue Service*<br>*PO Box 105703*<br>*Atlanta GA 30348-5703* | | | | | | $120,000.00 | $120,000.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page): 120,000.00 | 120,000.00 | 0.00

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules): 120,000.00

Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and): 120,000.00 | 0.00

B6F (Official Form 6F) (12/07)

In re *Economic Development & Training Institut* _____ ,      Case No._____
　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☒ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| No continuation sheets attached | | | | | | Subtotal $ | $ 0.00 |
| | | | | | | Total $ | $ 0.00 |
| | | | (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | | | | |

B6G (Official Form 6G) (12/07)

In re *Economic Development & Training Institut* _____ / Debtor        Case No. _____
                                                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *AFTER THE TRAUMA*<br>*5625 Allentown Road, Unit 201*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *2 years*<br>Beginning date:*6/1/2009*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *Anu Productions*<br>*5625 Allentown Road, Unit 201C*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *6 months*<br>Beginning date:*12/31/2008*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *Auth Road Associates*<br>*5627 Allentown Road, Unit 107*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *12 months*<br>Beginning date:*9/30/2008*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *BRANCH COMMUNICATION*<br>*5625 Allentown Road, Unit 107*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *6 months*<br>Beginning date:*11/1/2010*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *Golden Diversity Financial Ser*<br><br>*5625 Allentown Road, Unit 200*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *12 months*<br>Beginning date:*12/31/2008*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |

B6G (Official Form 6G) (12/07)

In re *Economic Development & Training Institut* _____ / Debtor     Case No. _____

                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Healing Hand Ministries, Inc.* *5625 Allentown Road, Unit 200* *Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *6 months*<br>Beginning date:*2/28/2009*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *HOME CREATIONS* *5625 Allentown Road, Unit 207* *Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *6 months*<br>Beginning date:*11/30/2008*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *INTEGRATED SOLUTIONS* *5627 Allentown Road, Unit 203* *Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *12 months*<br>Beginning date:*11/1/2010*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *REM STAGE STUDIOS* *5625 Allentown Road, Unit 206A* *Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *12 months*<br>Beginning date:*6/1/2010*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *LOVE MINISTRIES* *5625 Allentown, Unit 107C* *Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *6 months*<br>Beginning date:*1/1/2011*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *MVP SECURITY* *5625 ALLENTOWN ROAD UNIT 207* *Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *6 month*<br>Beginning date:*1/1/2011*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *Naomi Turner t/a Toria Inc.* *5625 Allentown Road, Unit 106* *Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *12 months*<br>Beginning date:*9/30/2008*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |

B6G (Official Form 6G) (12/07)

In re *Economic Development & Training Institut* _____ / Debtor

Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *NATIONAL ELECTRICAL SERVICES*<br>*5623 Allentown, Unit 201*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *3 months*<br>Beginning date:*10/31/2008*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *NEW PERSPECTIVES PSYCHOLOGY*<br>*5627 Allentown Road, Unit 205*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *2 years*<br>Beginning date:*6/1/2010*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *New Psychotherapy Consulting*<br>*5627 Allentown Road, Unit 205*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *2 years*<br>Beginning date:*12/31/2008*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *STS GENERAL CONTRACTING*<br>*5625 Allentown Road, 103*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *12 months*<br>Beginning date:*5/1/2010*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option:*OPTION TO BUY* |
| *SUCESS FUNDING*<br>*5625 Allentown Road, Unit 201*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *4 years*<br>Beginning date:*6/1/2006*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *TBS FACILITY GROUP*<br>*5625 Allentown Road, Unit 107*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *12 months*<br>Beginning date:*9/1/2010*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *TOWN HOUSE CARPETS & INTERIORS*<br>*5625 Allentown Road, Unit 107B*<br>*Camp Spring MD   20746* | Contract Type:*Non-residential lease * *<br>Terms: *month to month*<br>Beginning date:*1/1/2008*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |

B6G (Official Form 6G) (12/07)

In re *Economic Development & Training Institut* _____ / Debtor    Case No. _____
                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Vanessa Hair Care Salon*<br>*5625 Allentown Road, Unit 204*<br>*Camp Spring MD  20746* | Contract Type:*Non-residential lease * ***<br>Terms: *24 months*<br>Beginning date:*2/28/2008*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *Wayne Holford t/a We Electric*<br>*5625 Allentown Road, Unit 106*<br>*Camp Spring MD  20746* | Contract Type:*Non-residential lease * ***<br>Terms: *6 months*<br>Beginning date:*10/31/2007*<br>Debtor's Interest:*Lessor*<br>Description:<br><br>Buyout Option: |
| *WD & ASSOCIATES*<br>*5625 ALLENTOWN ROAD 200*<br>*Camp Spring MD  20746* | Contract Type:*Non-residential lease * ***<br>Terms: *SIX MONTHS*<br>Beginning date:*2/1/2009*<br>Debtor's Interest:*Lessor*<br>Description: *OFFICE LEASE*<br><br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re _Economic Development & Training Institut_ _____ / Debtor      Case No. _____
                                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Jeffrey Short_<br>_5625 Allentown Road Suite 107_<br>_Suitland MD  20746_ | _Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_<br><br>_Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_<br><br>_Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_<br><br>_Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_<br><br>_Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_<br><br>_Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_ |
| _Thomas Taylor Jr._<br>_5625 Allentown Road_<br>_#107_<br>_Suitland MD  20746_ | _Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_<br><br>_Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_ |

In re _Economic Development & Training Institut_ _____ / Debtor     Case No. _____
                                                                                          (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Thomas Taylor Jr....continued_ | _Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_<br><br>_Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_<br><br>_Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_<br><br>_Severn Savings Bank, FSB_<br>_P.O. Box 6679_<br>_Annapolis MD  21401_ |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

In re:*Economic Development & Training Institut,*
   *a  Corporation*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☒

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is

affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| None | |
|---|---|
| ☒ | b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) <br><br> * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment. |

| None | |
|---|---|
| ☒ | c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

| None | |
|---|---|
| ☒ | a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| None | |
|---|---|
| ☒ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 5. Repossessions, foreclosures and returns

| None | |
|---|---|
| ☒ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 6. Assignments and receiverships

| None | |
|---|---|
| ☒ | a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| None | |
|---|---|
| ☒ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 7. Gifts

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Charles E. Walton Address: 10905 Fort Washington Road Suite 201 Fort Washington, MD 20744* | *Date of Payment: Payor: Economic Development and Training Instit* | *$3,000.00* |

## 10. Other transfers

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None 

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None 

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Statement of Affairs - Page 4

### 18. Nature, location and name of business

None



a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None



b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None

⊠

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None

⊠

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None

⊠

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None

⊠

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**20. Inventories**

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date   *3/2/2011*                          Signature   */s/ Joseph Gaskins*

*Joseph Gaskins*                          **President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

In re *Economic Development & Training Institut,*
   *a  Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *Charles E. Walton*

## COVER SHEET FOR LIST OF CREDITORS

   I hereby certify under penalty of perjury that the attached list of creditors, which consists of <u>   *2*   </u> pages,

is true, correct and complete to the best of my knowledge.

Date: <u>*3/2/2011*</u>

*/s/ Joseph Gaskins*
_____
Debtor

*/s/ Charles E. Walton*
_____
*Charles E. Walton*
*Attorney for the debtor(s)*
*10905 Fort Washington Road*
*Suite 201*
*Fort Washington, MD   20744*

```
Internal Revenue Service
Special Procedures Unit
PO Box 1076
PNI Unit
Baltimore, MD  21203


Maryland Comptroller of the Treasury
Retail Sales Tax Division
State Office Building
301 W Preston St
Baltimore, MD  21201
```

```
Internal Revenue Service
PO Box 105703
Atlanta, GA  30348-5703


Princeton Executive Square/
877 Old Baltimore-Annapolis Bl
Suite 101
Severna Park, MD  21146


Severn Savings Bank, FSB
P.O. Box 6679
P.O. Box 6679
Annapolis, MD  21401


Severn Savings Bank, FSB
P.O. Box 6679
Annapolis, MD  21401
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

In re:   **Economic Development & Training**
      **Institut**

Case No.
Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---|---|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
|    1.  Gross Income For 12 Months Prior to Filing: | | $ |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS  MONTHLY INCOME: | | |
|    2. Gross Monthly Income: | | $ |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
|    3. Net Employee Payroll (Other Than Debtor) | $ | |
|    4. Payroll Taxes | | |
|    5. Unemployment Taxes | | |
|    6. Worker's Compensation | | |
|    7. Other Taxes | | |
|    8. Inventory Purchases (Including raw materials) | | |
|    9. Purchase of Feed/Fertilizer/Seed/Spray | | |
|    10. Rent (Other than debtor's principal residence) | | |
|    11. Utilities | | |
|    12. Office Expenses and Supplies | | |
|    13. Repairs and Maintenance | | |
|    14. Vehicle Expenses | | |
|    15. Travel and Entertainment | | |
|    16. Equipment Rental and Leases | | |
|    17. Legal/Accounting/Other Professional Fees | | |
|    18. Insurance | | |
|    19. Employee Benefits (e.g., pension, medical, etc.) | | |
| | | |
|    20. Payments to Be Made Directly By Debtor to Secured Creditors For | | |
|        Pre-Petition Business Debts (Specify): | | |
| | $ | |
| | | |
|    21. Other (Specify) | | |
| | $ | |
| | | |
|    22. Total Monthly Expenses | | $ |
| PART D - ESTIMATED AVERAGE  NET MONTHLY INCOME: | | |
| | | |
|    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ |